1024

[No. 3400–3–III.  Division Three.  June 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE
E. GEORGE, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 71351, James B. Mitchell, J., entered
March 21, 1979. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson and Roe, JJ.

[No. 3306–6–III.  Division Three.  June 19, 1980.]

HARKIM, INC., ET AL, *Respondents,* v. THERMASOL,
LTD., *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 250637, Willard A. Zellmer, J.,
entered February 23, 1979. *Reversed* by unpublished
opinion per Green, C.J., concurred in by Munson and
McInturff, JJ.

[No. 4109–II.  Division Two.  June 20, 1980.]

GLENN M. MORGAN, ET AL, *Appellants,* v. HORACE E.
BURKS, ET AL, *Defendants,* SAFECO INSURANCE
COMPANY OF AMERICA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 58088, Stanley C. Soderland, J., entered Feb-
ruary 10, 1978. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.